FELICIA YU (SBN 193316)
REED SMITH LLP
355 South Grand Avenue
Los Angeles, California 90071
Telephone: (213) 457-8015
Facsimile: (213) 457-8080
E-mail: fyu@reedsmith.com

KEVIN P. JACOBS (*pro hac vice*)
HERRON JACOBS ORTIZ
1401 Brickell Avenue, Suite 840
Miami, Florida 33131
Telephone: (305) 779-8108
Facsimile: (305) 779-8104
E-mail: kjacobs@hjo-law.com

PETER W. HOMER (*pro hac vice*)
HOMER BONNER, P.A.
1441 Brickell Avenue, Suite 1200
Miami, Florida 33131
Telephone: (305) 350-5139
Facsimile: (305) 372-1443
E-mail: phomer@homerbonner.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN FERGUSON, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>CORINTHIAN COLLEGES, INC., CORINTHIAN COLLEGES, INC., d/b/a EVEREST COLLEGE, CORINTHIAN COLLEGES, INC., d/b/a EVEREST UNIVERSITY, CORINTHIAN COLLEGES, INC., d/b/a EVEREST INSTITUTE, CORINTHIAN COLLEGES, INC., d/b/a EVEREST COLLEGE OF BUSINESS, TECHNOLOGY AND HEALTH CARE, HEALD COLLEGE, LLC, and HEALD CAPITAL, LLC,<br><br>Defendants. | Case No. SACV 11-00127 DOC (AJWx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION**<br><br>[FILED CONCURRENTLY WITH DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES AND DECLARATION OF DARREL RHOTEN]<br><br>Date: June 27, 2011<br>Time: 8:30 a.m.<br>Courtroom: 9-D, Santa Ana<br><br>The Honorable David O. Carter |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT that on June 27, 2011, at 8:30 a.m., or as soon thereafter as the matter can be heard by the Honorable David O. Carter in Courtroom 9-D of the above-entitled Court, located at 411 West Fourth Street, Santa Ana, California, Defendants Corinthian Colleges, Inc.; Corinthian Colleges, Inc., d/b/a Everest College; Corinthian Colleges, Inc., d/b/a Everest University; Corinthian Colleges, Inc., d/b/a Everest Institute; Corinthian Colleges, Inc., d/b/a Everest College of Business, Technology and Health Care; Heald College, LLC; and Heald Capital, LLC (collectively, the "School") will, and hereby does, move the Court for an order compelling Plaintiff Kevin Ferguson ("Plaintiff") to submit his individual claims to binding arbitration before the American Arbitration Association and for an order dismissing or staying all proceedings pending arbitration.

The Motion made pursuant to the Federal Arbitration Act ("FAA"), 9 U.S.C. §§ 1 *et seq.*, and on the grounds that Plaintiff executed an Enrollment Agreement and Enrollment Agreement Addendum & Disclosure which require binding individual arbitration of Plaintiff's disputes with the School. Moreover, pursuant to 9 U.S.C. § 3 of the FAA, the School moves to dismiss or stay the instant proceedings pending completion of the arbitration of this matter.

The Motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the concurrently filed Declaration of Darrel Rhoten, all the records and documents on file in this matter, and any oral or documentary evidence presented at the hearing of this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on April 22, 2011.

Respectfully submitted,

DATED: May 17, 2011

REED SMITH LLP

By   /s/ Felicia Yu
     Felicia Yu
     Attorneys for Defendants

# PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. I am employed in the office of a member of the bar of this court at whose direction the service was made. My business address is REED SMITH LLP, 355 South Grand Avenue, Suite 2900, Los Angeles, California, 90071-1514. On May 17, 2011, I served the following document(s) by the method indicated below:

**DEFENDANTS' NOTICE OF MOTION AND MOTION TO COMPEL INDIVIDUAL ARBITRATION AND TO DISMISS OR STAY PROCEEDINGS PENDING ARBITRATION; [PROPOSED] ORDER**

☒ BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☐ BY FACSIMILE: by transmitting via facsimile on this date from fax number +1 213 457 8080 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 PM and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing.

☐ BY MAIL: by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in this Declaration.

☐ BY PERSONAL DELIVERY: by placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

☐ BY OVERNIGHT MAIL: by placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

☐ BY EMAIL: by transmitting via email to the parties at the email addresses listed below:

– 3 –

| | |
|---|---|
| Johnson Bottini, LLP<br>Francis A. Bottini, Jr., Esq.<br>Shawn E. Fields, Esq.<br>501 West Broadway, Suite 1720<br>San Diego, California 92101<br>Telephone: 619.230.0063<br>Facsimile: 619.238.0622<br>Email: frankb@johnsonbottini.com | Attorneys for Plaintiff<br>*Kevin Ferguson* |

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on May 17, 2011, at Los Angeles, California.

*/s/ Griselda Munoz*
GRISELDA MUNOZ