# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No. SACV 11-0127 DOC (AJWx)                                              Date: June 21, 2011
Consolidated with SACV 11-259 DOC (AJWx)

Title: KEVIN FERGUSON v. CORINTHIAN COLLEGES, INC. ET AL.

PRESENT:

### THE HONORABLE DAVID O. CARTER, JUDGE

|  Julie Barrera  | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:       ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER TAKING MATTER UNDER SUBMISSION

       Before the Court is Defendant's Motion to Compel Individual Arbitration and to Dismiss or Stay Proceedings Pending Arbitration (Docket 38). The Court finds this matter appropriate for decision without oral argument. Fed.R.Civ. P. 78; Local Rule 7-15.

       Accordingly, the hearing set for June 27, 2011 at 8:30 a.m. is removed from the calendar. Parties will be served with the Court's ruling.

       The Clerk shall serve a copy of this minute order on counsel for all parties in this action.